No. 776.   HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NEBRASKA BRIDGE SUPPLY & LUMBER CO.

March 31, 1941. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Helvering* v. *Hammel,* 311 U. S. 504; *Electro-Chemical Engraving Co.* v. *Commissioner,* 311 U. S. 513. *Solicitor General Biddle* for petitioner. *Mr. Clarence T. Spier* for respondent.